James D. Curran, Esq.  (SBN 126586)
Wolkin · Curran, LLP
111 Maiden Lane, 6th Floor
San Francisco, California  94108
Telephone:    (415) 982-9390
Email:          jcurran@wolkincurran.com

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSTRUCTION DEVELOPERS, INC., a California corporation; CONSTRUCTION DEVELOPERS, INC. dba CALIFORNIA DOME BUILDERS, a California business entity; WILLIAM FRANK CORNELL IV, an individual; JOSEPH J. TRONCOSO, JR., an individual, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01724-SKO<br><br>**AMENDED STIPULATION RE NOTICE OF SETTLEMENT AND ORDER THEREON**<br><br>(Doc. 29) |

Plaintiff LIBERTY MUTUAL INSURANCE COMPANY ("Liberty") on the one hand, and Defendants CONSTRUCTION DEVELOPERS, INC. ("Construction Developers"); CONSTRUCTION DEVELOPERS, INC. dba CALIFORNIA DOME BUILDERS ("California Dome Builders"); WILLIAM FRANK CORNELL IV ("Cornell"); and JOSEPH J. TRONCOSO, JR. ("Troncoso") (collectively, "Defendants") on the other hand, by and through their respective counsel, hereby agree and stipulate as follows:

1.

AMENDED STIPULATION RE NOTICE OF SETTLEMENT AND                    Case No.: 1:20-cv-01724-SKO
ORDER THEREON

1.      Liberty and Defendants reached a conditional settlement, and executed a written Settlement Agreement.  Per the terms of the Settlement Agreement, Defendants were allowed to make settlement payment to Liberty over time, with the final payment to be made no later than April 22, 2022.  Defendants did not complete the settlement payment due to Liberty by April 22, 2022.

2.      Thereafter, Liberty and Defendants entered into an Addendum to Settlement Agreement, whereby Defendants were given an additional amount of time, up to and including July 21, 2022, to make the settlement payment due to Liberty.

3.      Based on the original Settlement Agreement, Liberty and Defendants executed and filed a *Stipulation re Notice of Settlement; and [Proposed] Order Thereon* (ECF 27).

4.      Based on the *Stipulation re Notice of Settlement; and [Proposed] Order Thereon* (ECF 27), this Court entered a *Minute Order* (ECF 28), wherein the Court noted the "parties request that the Court vacate all pending case dates and set a status conference in September 2022."  Within the *Minute Order* (ECF 28), the Court stated:

> While this Court will not at this time set a status conference, it
> hereby, for good cause shown and pursuant to Local Rule 160(b),
> GRANTS the parties' joint request to vacate dates and ORDERS
> that, by no later than September 15, 2022, the parties shall file
> dispositional documents requesting the dismissal of the action due
> to a settlement.  All other deadlines and hearings are VACATED.
> If necessary, the parties may renew their request for a status
> conference on September 15, 2022, in lieu of filing dispositional
> documents.

*Minute Order* (ECF 28).

5.      Defendants want to make the settlement payment to Liberty, and requested more time to do so.  Rather than pursuing litigation in this case, Liberty and Defendants entered into an Addendum to Settlement Agreement whereby Defendants were given an

2.

AMENDED STIPULATION RE NOTICE OF SETTLEMENT AND          Case No.: 1:20-cv-01724-SKO
ORDER THEREON

1  additional amount of time, potentially up to and including July 2022, subject to certain

2  conditions and requirements, to make the settlement payment due to Liberty.

3      6.      Consequently, Liberty and Defendants stipulate and request that the deadline

4  to file dispositional documents requesting the dismissal of the action due to settlement be

5  continued ninety (90) days from September 15, 2022, to December 14, 2022.

6          **SO STIPULATED AND AGREED**.

7

8  Dated:  May 16, 2022                    WOLKIN • CURRAN, LLP

9                                           /s/    *James D. Curran*
                                           James D. Curran
10                                          Attorneys for Plaintiff,
                                           LIBERTY MUTUAL INSURANCE
11                                          COMPANY

12

13  Dated:  May 16, 2022                   QUALL CARDOT LLP

14                                          /s/    *Matthew W. Quall*
                                           Matthew W. Quall
15                                          Matthew R. Dardenne
                                           Attorneys for Defendants,
16                                          CONSTRUCTION DEVELOPERS, INC.;
                                           CONSTRUCTION DEVELOPERS, INC. dba
17                                          CALIFORNIA DOME BUILDERS;
                                           WILLIAM FRANK CORNELL IV; and
18                                          JOSEPH J. TRONCOSO, JR.

19

20

21

22

23

24

25

26

27

28

3.

AMENDED STIPULATION RE NOTICE OF SETTLEMENT AND          Case No.: 1:20-cv-01724-SKO
ORDER THEREON

1

**ATTESTATION – CIVIL LOCAL RULE 131(e)**

2

     I attest under penalty of perjury under the laws of the United States of America that,

3

in accordance with Local Rule 131(e) of the United States District Court, Eastern District of

4

California, I have obtained the concurrence of Matthew W. Quall, counsel for Defendants,

5

CONSTRUCTION DEVELOPERS, INC., a California corporation; CONSTRUCTION

6

DEVELOPERS, INC. dba CALIFORNIA DOME BUILDERS, WILLIAM FRANK

7

CORNELL IV, an individual; and JOSEPH J. TRONCOSO, JR., an individual, in the filing

8

of this document.

9

10

Dated:  May 16, 2022                   WOLKIN • CURRAN, LLP

11

                                     /s/    *James D. Curran*
                                   James D. Curran

12

                                   Attorneys for Plaintiff
                                   LIBERTY MUTUAL INSURNACE
                                   COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.

1

## **ORDER**

2      The Court, having reviewed the above Amended Stipulation re Notice of Settlement

3   (Doc. 29), and good cause appearing, hereby ORDERS that the deadline to file dispositional

4   documents requesting the dismissal of the action due to settlement is continued ninety (90)

5   days from September 15, 2022, to December 14, 2022.

6   IT IS SO ORDERED.

7

    Dated:   __**May 16, 2022**__                        /s/ *Sheila K. Oberto*

8                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED STIPULATION RE NOTICE OF SETTLEMENT AND          Case No.: 1:20-cv-01724-SKO
ORDER THEREON