UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CONSTRUCTION DEVELOPERS, INC., et al.,<br><br>Defendants. | No.  1:20-cv-01724-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 31) |

On December 12, 2022, the parties filed a joint stipulation dismissing the action without prejudice.  (Doc. 31.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 13, 2022**                    /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE